UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trent Jarvis Brooks,

    Plaintiff,

v.                                        Case No. 09-11787

Transcontinental Systems, Inc., *et al.*,    Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE, ORDERING PLAINTIFF TO PROVIDE DISCOVERY, AND REQUIRING PARTIES TO APPEAR ON APRIL 8, 2010

This matter is currently before the Court on Defendant Transcontinental Systems, Inc.'s "Motion to Dismiss for Failure to Conduct Discovery." (Docket Entry No. 24). Having considered the motion, and Plaintiff's response to same, the Court hereby **ORDERS** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that, no later than **April 1, 2010**, Plaintiff Trent Jarvis Brooks ("Plaintiff") shall:

    1)    File a witness list;

    2)    Provide Counsel for Defendant Transcontinental Systems, Inc. ("TCS") with Plaintiff's Rule 26 Disclosures; and

    3)    Provide Counsel for Defendant TCS with full and complete answers to TCS's First Interrogatories and Requests for Production, signed in compliance with FED. R. CIV. P. 33(b)(5).

**IT IS FURTHER ORDERED** that the parties are to appear for a Mandatory Status

Conference on **April 8, 2010, at 3:00 p.m.**

**Plaintiff is hereby cautioned that failure to strictly comply with the terms of this Order may result in the imposition of sanctions, including dismissal of this action.**

**IT IS SO ORDERED.**

S/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: March 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez  
Case Manager