UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trent Jarvis Brooks,

    Plaintiff,

v.                                       Case No. 09-11787

Transcontinental System, Inc.,          Honorable Sean. F. Cox

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Defendant Transcontinental filed a motion to dismiss for failure to comply with court's order for discovery and sanctions (Docket Entry No. 34), which this Court referred to Magistrate Judge Virginia Moran for issuance of a report and recommendation ("R&R").

On June 18, 2010, Magistrate Judge Morgan issued her R&R which recommends that Defendant's motion be granted and that Plaintiff's complaint be dismissed with prejudice for failure to comply with the Court's order for discovery and sanctions. (Docket Entry No. 41).

Pursuant to 28 U.S.C. § 636(b)(1), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that Plaintiff has filed no objections to the R&R.

The Court hereby ADOPTS the June 18, 2010 R&R in its entirety. IT IS ORDERED that

1

Defendant's motion is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

        S/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: July 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 6, 2010, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager