## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TRENT JARVIS BROOKS,

        Plaintiff,                         Case Number: 09-11787

v.                                              SEAN F. COX
                                                UNITED STATES DISTRICT COURT
TRANSCONTINENTAL SYSTEMS, INC.,    JUDGE

        Defendant.                      VIRGINIA M. MORGAN
                                                UNITED STATES MAGISTRATE JUDGE
_____/

### ORDER DIRECTING GEORGE C. CUSHINGBERRY, JR. TO SHOW CAUSE

      On April 9, 2010, this court entered an order in which, among other things, Plaintiff's attorney George C. Cushingberry, Jr. was sanctioned $5000 and ordered to pay $1500 to defense counsel and Defendant forthwith.  (Doc. No. 32).  After Mr. Cushingberry failed to pay the sanctions award, Defendant moved for a show cause order to enforce the sanctions award.  (Doc. No. 45).  Mr. Cushingberry has not responded to the motion, and the time for response has lapsed.

      Therefore, the court orders Mr. Cushingberry to show cause by October 13, 2010 why this court should not recommend that he be held in contempt of court for failing to comply with this court's order instructing him to pay sanctions to defense counsel and Defendant in the amount of $5,000.

                                                S/Virginia M. Morgan
                                                Virginia M. Morgan
                                                United States Magistrate Judge
September 29, 2010

## **PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on September 29, 2010.

                                          <u>s/Jane Johnson</u>
                                          Case Manager to
                                          Magistrate Judge Virginia M. Morgan